No. 64969.—Naftone, Inc. *v.* United States, protest 58/9761 (New York).

Opinion by WILSON, J. In accordance with stipulation of counsel that the merchandise designated as "BRANDSCHITZMITTEL LK 13" consists of chemical compounds, the claim of the plaintiff was sustained.